**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**JAMES E. SPEED, *ET AL.***             **PLAINTIFFS**

**VS.**             **CIVIL ACTION NO. 3:04CV909LN**

**AMSOUTH BANCORPORATION, *ET AL.***             **DEFENDANTS**

===============================================================

**<u>AGREED ORDER</u>**

This matter came before the court on the AmSouth Defendants' Motion to Compel and the Plaintiffs' Motion to Strike the Motion to Compel.  The parties have resolved the issues raised by those Motions, and counsel of record have agreed to the entry of this Order; therefore, the court finds that the Order is well taken and should be granted.

IT IS, THEREFORE, ORDERED that the AmSouth Defendants' Motion to Compel and the Plaintiffs' Motion to Strike are hereby withdrawn by those parties, respectively, with the understanding that none of the parties waive their rights to seek any of the requested relief from the court at a later time.

IT IS SO ORDERED, this the 15th of August, 2006.

                       _____
                          S/James C. Sumner
                  UNITED STATES MAGISTRATE JUDGE